NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SHEILA A. MCNAIR,**
*Petitioner,*

**v.**

**DEPARTMENT OF AGRICULTURE,**
*Respondent.*

---

2014-3141

---

Petition for review of the Merit Systems Protection Board in No. DC-0752-14-0385-I-1.

---

**ON MOTION**

---

**O R D E R**

Sheila A. McNair moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

2                              MCNAIR v. DEPARTMENT OF AGRICULTURE

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s24